Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis L. Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-5 d/b/a ZYNGA-CHIPS.COM,<br><br>Defendants. | **CASE NO. CV-09:2442 PJH**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE**<br> AND ORDER |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Zynga Game Network, Inc.
2    hereby voluntarily dismisses without prejudice its claims against Defendants John Does 1-5
3    ("Defendants").  None of Defendants has filed an answer or a motion for summary judgment in this
4    matter.  *See* Fed. R. Civ. P. 41(a)(1).

Dated:  November 4, 2009                        By:_____/ctv/_____
                                                     Christopher T. Varas
                                                Keats McFarland & Wilson LLP
                                                Attorneys for Plaintiff
                                                ZYNGA GAME NETWORK, INC.



11/17/09

- 1 -

CASE NO. CV-09:2442 PJH
NOTICE OF VOLUNTARY DISMISSAL
OF CLAIMS WITHOUT PREJUDICE